| PROB 22 (Rev. 9/98) **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Tran. Court)* EP:19-CR-01867-DB(1) | |
|---|---|---|
| | **DOCKET NUMBER** *(Rec. Court)* 21-cr-00051-RM | |
| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE** Noelia Trujillo-Rivera TN: Noelia Rivera Trujillo District of Colorado | **DISTRICT** WD/TX | **DIVISION** EL PASO |
| | **NAME OF SENTENCING JUDGE** David Briones | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** 6/15/2020 **TO** 6/14/2022 |

**OFFENSE**

Conspiracy to Bring to/Attempt at Any Location, in violation of 8 U.S.C. § 371 and 8 U.S.C. §§ 1324(a)(2) & (a)(2)(B)(ii)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF TEXAS</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Colorado** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

2-10-2021
Date

*[signature]*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **District of Colorado**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

2/16/2021
Effective Date

*[signature]*
United States District Judge