DKT. NO. 21CR00051-1

Dear honorably Judge I am writing to you asking or better said requesting for a early release from probation, I feel that I have been compliant with everything Mr. Edward Gadolen has asked of me as well as maintaining the same job since my release. I have not had any encounters with law enforcement and I can honestly say that I have no intentions of putting myself in a position to ever return to a courtroom again. I hope you take my request into consideration Thank you.

Sincerly
Noelia Trujillo

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 23 2021
JEFFREY P. COLWELL
CLERK

Noelia Trujillo
5212 Mountain Air Cir
Colorado Springs CO 80916

DENVER CO 802
23 DEC 2021 PM 2 L

Clerk U.S. District Court
Alfred A. Arraj U.S. Courthouse
901 19th Street, Room #A-105
Denver CO 80294-3589
Attn: Judge Raymond P. Moore
Dkt. No. 21 CR 00051-1

FOREVER / USA