IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00051-RM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**NOELIA TRUJILLO-RIVERA,**

    Defendant.

---

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY RELEASE FROM PROBATION [ECF No. 6]

---

    The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Bryan David Fields, Assistant United States Attorney, hereby files this response to defendant Noelia Trujillo-Rivera's Motion for Early Termination from Probation. ECF No. 6.   The government has no objection to the Defendant's motion.

    1.    On May 23, 2019 the defendant drove to the border and applied for admission into the United States.  Insider her car was one other adult and 7 minors, whom she claimed to be blood relatives. In support of that clam, she offered birth certificates and social security cards. Further investigation revealed that six of the individuals in the car were not actually related to the defendant,  did not have authorization to enter the United States, and that the presented documents actually related to the defendant's own children:  the defendant had been paid by her adult passenger to smuggle her and five minors into the United States.

    2.    On September 20, 2017, the defendant pleaded guilty to an information, charging her with conspiracy to bring others into the United States without authorization in violation of 18

1

U.S.C. § 371 and 8 U.S.C. §§ 1324(a)2) and (a)(2)(B)(ii).

3.  The defendant was sentenced to 15 months' imprisonment in a judgment imposed on September 26, 2019.  ECF No. 1-1

4.  On December 23, 2021 the Defendant filed a *pro se* motion seeking early termination from "probation."  The government liberally construes the filing as, instead, a motion for the early termination of supervised release pursuant to 18 U.S.C. § 3383(e)(1). That provision, by its terms, permits termination of supervised release "at any time after the expiration of one year of supervised release" pursuant to the procedures set forth in Federal Rule of Criminal Procedure 32.1. In evaluating this motion, the Court must consider the factors set forth at 18 U.S.C. § 3553(a) and evaluate whether release is in in the "interest of justice." *United States v. Begay*, 631 F.3d 1168, 1171-72 (10th Cir. 2011).

5.  The government has consulted with the Probation Officer assigned to the Defendant's case.  The Probation Office has no objection to the Defendant's petition.  After independently evaluating the Defendant's case, the government likewise has no objection:  early termination is appropriate, based on the § 3553(a) factors and is in the interest of justice.  The defendant took responsibility for her crime, served her sentence without incident, and has been in compliance with the terms of supervised release.  The Defendant's conduct thus demonstrates respect for the law.  The defendant's leadership role in the underlying scheme does provide some basis for concern regarding additional crimes. But the defendant's criminal history before this federal felony offense was minor, and there is no reason to believe that she will not be deterred by the experience of her punishment in this case.  Because the defendant served her sentence, and approximately one year of supervised release, without incident, there is also no reason to believe that early termination will somehow undermine deterrence.  Allowing the defendant to

further her post-conviction integration into society, without interference from the terms of supervised release, is also in the interest of justice.

6. For the reasons set forth above, the government has no objection to the relief requested in the defendant's motion. Because the defendant's motion does not ask for a hearing; because the relief sought is favorable to the defendant; and because the government received notice, had a reasonable opportunity to object, and has no objection, no hearing is necessary on the motion. Fed. R. Crim. P. 32.1.

        COLE FINEGAN
        United States Attorney
        District of Colorado

By:    s/ *Bryan David Fields*
        BRYAN DAVID FIELDS
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Bryan.Fields3@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on this 11th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov
