IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 21-cr-00051-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOELIA TRUJILLO-RIVERA,

    Defendant.

___

**ORDER REGARDING EARLY TERMINATION OF SUPERVISED RELEASE**
___

THIS MATTER is before the Court upon Defendant's request for early termination of probation[1] (ECF No. 6).

The Court ordered the Government to respond to the request and the Government filed a response (ECF No. 9) indicating that it has no objection to the Defendant's motion. In addition, the Court has considered the position of the Probation Office as well as the original presentence report. Based on the Court's review, it is

ORDERED that the defendant's supervised release be terminated, that she be discharged from supervised release.

DATED this 11th day of January, 2022.

BY THE COURT:

_(signature)_
___
RAYMOND P. MOORE
United States District Judge

---

[1] The defendant requests early termination from probation, but she is on supervised release. Therefore, the Court will construe her request as a request for early termination of supervised release.